**Antoine Leon THURMAN, Plaintiff–Appellant,**

v.

**UNITED STATES BUREAU OF PRIS-ONS; United States of America; J. Lopez; J. Thomas; FNU Molina; Other Unknown Employees of the U.S. Bureau of Prisons, Defendants–Appellees.**

No. 09–6482.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2010.

Decided: March 9, 2010.

J. Dennis Bolt, Bolt Law Firm, Columbia, South Carolina, for Appellant. W. Walter Wilkins, United States Attorney, R. Emery Clark, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Leon Thurman appeals the magistrate judge's order * granting summary judgment for Defendants and dismissing his civil action alleging claims un-

---

* The parties consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c)

der *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Thurman v. United States Bureau of Prisons,* No. 8:06–cv–02458–WMC (D.S.C. Feb. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*